## 8616. THURMAN *v.* SMITH.

JENKINS, J. Under the ruling made in *Thurman* v. *Avera,* 20 *Ga. App.* 802 (93 S. E. 495), the order passed by the trial judge denying the relief prayed against the defendant in the trover suit, on account of his failure to give the bond previously required by the court in the discharge proceedings instituted by the defendant, was not erroneous.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 16, 1917.

Rule for contempt; from city court of Nashville—Judge Christian. February 15, 1917.

*R. Eve, Hendricks, Mills & Hendricks,* for plaintiff.

*W. D. Buie,* for defendant.

---

## 8715. MEDLOCK *v.* MORGAN COUNTY BANK.

LUKE, J. Upon the petition for certiorari and the answer it was not error for the judge of the superior court to sustain the certiorari and direct a new trial of the case.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED NOVEMBER 16, 1917.

Certiorari; from Morgan superior court—Judge Park. March 24, 1917.

*M. C. Few,* for plaintiff in error. *E. H. George,* contra.